AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Orenstein, James | U.S. District Court, E.D.N.Y. | 05/19/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full-time) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct professor | New York University School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/19/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | New York University School of Law | $26,955.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Department of Justice -- U.S. Attorney's Office, Eastern District of New York |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Bar Council | Tickets To Law Day Dinner | $650.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Department of Education Direct Loan Servicing | Family member's student loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase bank accounts (with Family Member #2) | A | Interest | J | T | | | | | |
| 2. IBM | A | Dividend | J | T | | | | | |
| 3. Verizon | A | Dividend | J | T | | | | | |
| 4. ▒ Family Real Estate Trust (as appraised on 11/12/2008) | A | Interest | K | Q | | | | | |
| 5. JO UBS ACCT (...12) | A | Int./Div. | J | T | | | | | |
| 6. --UBS Bank USA Deposit Acct. | A | Interest | J | T | | | | | |
| 7. -- UNTS First Trust Target VIP Aug 2012. | A | Int./Div. | | | Redeemed | 11/14/13 | J | B | |
| 8. -- UNTS FT TGT VIP 4Q 13 | A | Dividend | J | T | Buy | 11/15/13 | J | | |
| 9. JO UBS ACCT (...83) | | None | M | T | | | | | |
| 10. -- Columbia Growth NY 529 Portfolio Class A | | None | | | Merged (with line 11) | 01/01/13 | M | | See note in Part VIII |
| 11. -- JPMorgan 529 Moderate Growth Portfolio Fund Class A | | None | M | T | Open | 01/01/13 | M | | See note in Part VIII |
| 12. JO UBS ROTH (...47) | D | Int./Div. | N | T | | | | | |
| 13. --UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 14. --Apple Inc | B | Dividend | L | T | | | | | |
| 15. --EMC Corp | A | Dividend | K | T | | | | | |
| 16. --Google Inc | | None | K | T | | | | | |
| 17. --Ishares Trust Core S&P Smallcap | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Ishares Trust S&P Latin Amer 40 Index Fund | A | Dividend | J | T | | | | | |
| 19. --SPDR S&P Midcap 400 | A | Dividend | K | T | | | | | |
| 20. --Fidelity Advisor New Insights Fund | C | Dividend | K | T | Buy (add'l) | 12/16/13 | J | | |
| 21. --El Paso Pipeline Partners LP | B | Dividend | K | T | | | | | |
| 22. --Nuveen Quality Preferred Income Fund 2 | A | Dividend | J | T | | | | | |
| 23. --Nuveen Quality Preferred Income Fund | A | Dividend | J | T | | | | | |
| 24. --Alliance Bernstein High Income Fund | C | Dividend | K | T | Buy (add'l) | 02/01/13 | J | | |
| 25. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 26. | | | | | Buy (add'l) | 04/02/13 | J | | |
| 27. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 28. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 29. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 30. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 31. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 32. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 33. | | | | | Buy | 11/01/13 | J | | |
| 34. | | | | | Buy (add'l) | 12/02/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 36. --Putnam Diversified Income Trust | A | Dividend | J | T | | | | | |
| 37. -- Templeton Global Total Return Class A | B | Dividend | K | T | Buy (add'l) | 12/16/13 | J | | |
| 38. -- SPDR Gold Trust | | None | J | T | | | | | |
| 39. -- Invesco Balanced-Risk Allocation Fund A | B | Dividend | K | T | Buy (add'l) | 12/16/13 | J | | |
| 40. -- Pimco All Assets Auth-A | A | Dividend | | | Sold | 10/10/13 | K | A | |
| 41. --Putnam Absolute Return 500 | A | Dividend | J | T | Sold (part) | 01/31/13 | J | A | |
| 42. | | | | | Sold (part) | 05/01/13 | J | A | |
| 43. | | | | | Sold (part) | 07/31/13 | J | A | |
| 44. -- Putnam Capital Spectrum A | A | Dividend | K | T | Buy | 10/10/13 | K | | |
| 45. | | | | | Buy (add'l) | 12/10/13 | J | | |
| 46. FAMILY #2 UBS ROTH (...48) | C | Int./Div. | L | T | | | | | |
| 47. -- UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 48. -- American Funds Capital World Growth & Income Fund Cl A | A | Dividend | K | T | | | | | |
| 49. -- American Funds New World Fund Cl A | A | Dividend | J | T | | | | | |
| 50. -- American Funds Smallcap World Fund Cl A | B | Dividend | K | T | Buy (add'l) | 12/27/13 | J | | |
| 51. -- American Funds Euro Pacific Growth Fund Cl A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- American Funds Growth Fund of America Cl A | A | Dividend | J | T | Buy (add'l) | 12/16/13 | J | | |
| 53. -- American Funds Income Fund of America Cl A | A | Dividend | J | T | | | | | |
| 54. -- American Funds New Perspective Fund Cl A | A | Dividend | J | T | Buy (add'l) | 12/27/13 | J | | |
| 55. -- American Funds Washington Mutual Investors Fund Cl A | A | Dividend | J | T | | | | | |
| 56. -- American Funds American Balanced Fund Cl A | A | Dividend | J | T | | | | | |
| 57. -- Kern County CA Municipal Bond | | None | J | T | | | | | |
| 58. JO UBS ACCT (...34) | A | Dividend | | | Closed | 03/21/13 | J | | |
| 59. -- RMA NY Money Fund | A | Dividend | | | Sold | 02/04/13 | K | | See note, Part VIII |
| 60. -- Sallie Mae Ednotes Callable | | None | | | Distributed | 02/04/13 | J | | Transfer to line 86 |
| 61. -- Florida State Brd. Ed. Cap. Outlay FSA | | None | | | Distributed | 02/04/13 | J | | Transfer to line 87 |
| 62. -- John Hancock New York Venture Annuity | | None | | | Distributed | 03/21/13 | M | | Transfer to line 137 |
| 63. JO UBS ACCT (...29) | | None | N | T | | | | | |
| 64. -- Bond Fund of America | | None | K | T | | | | | |
| 65. -- Capital World Growth & Income Fund | | None | L | T | | | | | |
| 66. -- Euro Pac Growth Fund | | None | K | T | | | | | |
| 67. -- Growth Fund of America | | None | K | T | | | | | |
| 68. -- Income Fund of America | | None | K | T | Buy (add'l) | 01/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- New Perspective Fund | | None | K | T | | | | | |
| 70. -- Smallcap World Fund | | None | K | T | | | | | |
| 71. -- Washington Mutual Investors Fund | | None | K | T | Buy (add'l) | 01/03/13 | J | | |
| 72. JOINT UBS ACCT (...48) | D | Int./Div. | P1 | T | | | | | |
| 73. -- UBS Bank USA Dep Acct | A | Interest | L | T | Distributed (part) | 02/04/13 | O | | Transfer to line 140 |
| 74. | | | | | Spinoff (from line 142) | 02/07/13 | K | | Transfer between accounts |
| 75. | | | | | Spinoff (from line 143) | 02/11/13 | M | | Transfer between accounts |
| 76. | | | | | Spinoff (from line 144) | 04/01/13 | L | | Transfer between accounts |
| 77. | | | | | Spinoff (from line 145) | 05/03/13 | K | | Transfer between accounts |
| 78. | | | | | Spinoff (from line 146) | 05/22/13 | J | | Transfer between accounts |
| 79. | | | | | Spinoff (from line 147) | 05/28/13 | K | | Transfer between accounts |
| 80. | | | | | Spinoff (from line 148) | 07/18/13 | K | | Transfer between accounts |
| 81. | | | | | Spinoff (from line 149) | 08/05/13 | L | | Transfer between accounts |
| 82. | | | | | Spinoff (from line 152) | 09/03/13 | K | | Transfer between accounts |
| 83. | | | | | Spinoff (from line 153) | 09/10/13 | J | | Transfer between accounts |
| 84. | | | | | Spinoff (from line 154) | 10/01/13 | K | | Transfer between accounts |
| 85. | | | | | Spinoff (from line 155) | 10/15/13 | J | | Transfer between accounts |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Sallie Mae Ednotes Callable | A | Interest | J | T | Spinoff (from line 60) | 02/04/13 | J | | Transfer between accounts |
| 87. -- Florida State Brd. Ed. Cap. Outlay FSA | A | Interest | | | Spinoff (from line 61) | 02/04/13 | J | | Ttransfer between accounts |
| 88. | | | | | Redeemed | 06/03/13 | J | B | |
| 89. -- Long Island NY Pwr Elec Municipal Bonds | | None | M | | | | | | |
| 90. -- NYC Water Municipal Bonds | B | Interest | K | T | Sold (part) | 08/30/13 | K | D | |
| 91. | | | | | Sold (part) | 09/06/13 | K | D | |
| 92. | | | | | Sold (part) | 10/16/13 | L | D | |
| 93. -- NYS Dorm Municipal Bond | | None | K | | | | | | |
| 94. -- Oklahoma City OK Municipal Bond | | None | K | T | | | | | |
| 95. -- Indiana Transn Fin Auth Municipal Bond | | None | L | T | | | | | |
| 96. -- Dry Creek CA Municipal Bond | | None | J | T | Buy | 02/07/13 | J | | |
| 97. -- Yorba Linda CA Municipal Bond | | None | K | T | | | | | |
| 98. -- Clark Co Wash Vancouver Ser C Municipal Bond | | None | | | Sold | 08/30/13 | J | A | |
| 99. -- DC Washington Mandarin Hotel Municipal Bond | | None | K | T | | | | | |
| 100. -- Palo Alto CA Municipal Bond | | None | K | T | | | | | |
| 101. -- Adams 12 Five Star Schs Colo Municipal Bond | | None | K | T | | | | | |
| 102. -- New York City SR A Municipal Bond | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Brock Tex Indpt Sch Dst Municipal Bond | | None | K | T | | | | | |
| 104. -- Prosper Tx Isd Rfdg Bk Municipal Bond | | None | K | T | | | | | |
| 105. -- Medina Valley TX Municipal Bond | | None | K | T | | | | | |
| 106. -- San Rafael CA City Hi GH Municipal Bond | | None | L | T | | | | | |
| 107. -- Utah Tran Auth Sales Tax Municipal Bond | | None | K | T | | | | | |
| 108. -- Lewisville TX Municipal Bonds | | None | K | T | | | | | |
| 109. -- Manhattan Beach USD Cal Municipal Bond | | None | K | T | | | | | |
| 110. -- Chicago IL Bd of Ed Municipal Bond | | None | K | T | | | | | |
| 111. -- Athens-Clarke County GA Municipal Bond | A | Interest | K | T | | | | | |
| 112. -- Monterey Peninsula CA Municipal Bond | | None | K | T | | | | | |
| 113. -- Chicago IL Lakefront Municipal Bond | | None | K | T | | | | | |
| 114. -- Houston TX Wtr & Swr Municipal Bond | | None | K | T | | | | | |
| 115. -- Washington State Ser E Municipal Bond | | None | L | T | | | | | |
| 116. -- NJ Trans Trust Municipal Bonds | | None | M | T | | | | | |
| 117. -- Wentzville Mo Sch Municipal Bond | | None | K | T | | | | | |
| 118. -- St Johns Cnty FL Wtr Swr Sr B Municipal Bond | | None | K | T | Buy | 02/12/13 | K | | |
| 119. -- Escondido CA UHSD Municipal Bond | | None | K | T | Buy | 02/08/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- San Joaquin Delta Comnty Ser B Municipal Bond | | None | L | T | Buy | 02/08/13 | K | | |
| 121. -- Triborough Bridge & Tunnel Municipal Bond | | None | | | Buy | 02/12/13 | K | | |
| 122. | | | | | Sold | 11/21/13 | K | | |
| 123. -- Denton TX Indep Sch Municipal Bond | | None | K | T | | | | | |
| 124. -- Mesquite TX ISD Municipal Bond | | None | K | T | | | | | |
| 125. -- Washington St Mtr Vehicl Municipal Bond | | None | L | T | Buy | 02/07/13 | K | | |
| 126. -- Ennis TX Indpt Sch Dst Municipal Bond | | None | J | T | | | | | |
| 127. -- Evergreen CA Elem Sch Dist Municipal Bond | | None | J | T | Buy | 02/07/13 | K | | |
| 128. -- Pimco Dynamic Cr Income Fund | C | Dividend | L | T | Buy | 01/31/13 | L | | |
| 129. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 130. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 131. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 132. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 133. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 134. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 135. | | | | | Sold (part) | 11/22/13 | L | | |
| 136. | | | | | Buy (add'l) | 12/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- John Hancock New York Venture Annuity | | None | N | T | Spinoff (from line 62) | 03/21/13 | M | | Transfer between accounts |
| 138. -- Lincoln Life Moneyguard Reserve | | None | K | T | Buy | 07/02/13 | K | | |
| 139. JOINT UBS ACCT (...49) | F | Int./Div. | P1 | T | | | | | |
| 140. -- UBS Bank USA Dep Acct | A | Interest | K | T | Spinoff (from line 73) | 02/04/13 | O | | Transfer between accounts |
| 141. | | | | | Spinoff (from line 59) | 02/04/13 | K | | Transfer between accounts |
| 142. | | | | | Distributed (part) | 02/07/13 | K | | Transfer to line 74 |
| 143. | | | | | Distributed (part) | 02/11/13 | M | | Transfer to line 75 |
| 144. | | | | | Distributed (part) | 04/01/13 | L | | Transfer to line 76 |
| 145. | | | | | Distributed (part) | 05/03/13 | K | | Transfer to line 77 |
| 146. | | | | | Distributed (part) | 05/22/13 | J | | Transfer to line 78 |
| 147. | | | | | Distributed (part) | 05/28/13 | K | | Transfer to line 79 |
| 148. | | | | | Distributed (part) | 07/18/13 | K | | Transfer to line 80 |
| 149. | | | | | Distributed (part) | 08/05/13 | L | | Transfer to line 81 |
| 150. | | | | | Distributed (part) | 08/14/13 | K | | Transfer to line 138 |
| 151. | | | | | Distributed (part) | 08/21/13 | J | | Transfer to line 1 |
| 152. | | | | | Distributed (part) | 09/03/13 | K | | Transfer to line 82 |
| 153. | | | | | Distributed (part) | 09/10/13 | J | | Transfer to line 83 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Distributed (part) | 10/01/13 | K | | Transfer to line 84 |
| 155. | | | | | Distributed (part) | 10/15/13 | J | | Transfer to line 85 |
| 156.  -- RMA Government Portfolio | A | Dividend | | | Buy (add'l) | 02/05/13 | N | | |
| 157. | | | | | Sold (part) | 02/08/13 | K | | |
| 158. | | | | | Sold (part) | 02/12/13 | M | | |
| 159. | | | | | Sold (part) | 02/12/13 | K | | |
| 160. | | | | | Sold | 02/14/13 | M | | |
| 161.  -- Apple Computer Inc | B | Dividend | L | T | | | | | |
| 162.  -- AT&T Inc | B | Dividend | K | T | | | | | |
| 163.  -- Centurylink Inc | A | Dividend | J | T | | | | | |
| 164.  -- Lorillard Inc | B | Dividend | K | T | Buy (add'l) | 03/11/13 | J | | |
| 165. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 166. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 167. | | | | | Buy (add'l) | 12/10/13 | J | | |
| 168.  -- Salesforce.com Inc | | None | K | T | | | | | |
| 169.  -- Ishares Trust S&P Latin Amer 40 Index Fund | A | Dividend | J | T | | | | | |
| 170.  -- Blackrock U.S. Opportunities | | None | | | Sold | 02/14/13 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- Cushing MLP Premier Fund | C | Dividend | L | T | Buy | 02/14/13 | K | | |
| 172. | | | | | Buy (add'l) | 04/22/13 | J | | |
| 173. | | | | | Buy (add'l) | 07/22/13 | J | | |
| 174. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 175. -- Fidelity Advisor New Insights Fund Cl A | D | Dividend | L | T | Buy (add'l) | 12/16/13 | J | | |
| 176. -- Henderson Global Equity Income Fund Cl A | C | Dividend | L | T | Buy | 02/14/13 | L | | |
| 177. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 178. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 179. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 180. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 181. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 182. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 183. | | | | | Buy (add'l) | 08/30/13 | J | | |
| 184. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 185. | | | | | Buy (add'l) | 11/29/13 | J | | |
| 186. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 187. -- Hennessy Cornerstone Growth Fund Institutional Class | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- JP Morgan U.S. Large Cap Core Plus Fund A | B | Dividend | K | T | Buy (add'l) | 12/13/13 | J | | |
| 189. -- Neuberger Berman Equity Income Fund Class A | D | Dividend | L | T | Buy (add'l) | 03/25/13 | J | | |
| 190. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 191. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 192. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 193. -- Neuberger Berman Intrinsic Value Fund Class A | B | Dividend | L | T | Buy | 02/14/13 | K | | |
| 194. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 195. -- Oakmark Fund Class I | B | Dividend | L | T | Buy (add'l) | 12/20/13 | J | | |
| 196. -- Oppenheimer Developing Markets Fund Cl A | A | Dividend | K | T | Sold (part) | 08/30/13 | J | C | |
| 197. -- Kinder Morgan Energy Partners MLP | B | Dividend | K | T | | | | | |
| 198. -- Artio Global High Income Fund Class A | A | Dividend | | | Buy (add'l) | 01/31/13 | J | | |
| 199. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 200. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 201. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 202. | | | | | Merged (with line 203) | 05/01/13 | K | | See note, Part VIII |
| 203. -- Aberdeen Global High Income Fund Class A | B | Dividend | K | T | Open | 05/01/13 | K | | See note, Part VIII |
| 204. | | | | | Buy (add'l) | 05/31/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 206. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 207. | | | | | Buy (add'l) | 08/30/13 | J | | |
| 208. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 209. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 210. | | | | | Buy (add'l) | 11/27/13 | J | | |
| 211. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 212. -- DWS Municipal Income Trust | B | Dividend | | | Sold | 06/28/13 | K | C | |
| 213. -- Nuveen Ins Muni Opport Fd | B | Dividend | | | Sold | 06/28/13 | K | C | |
| 214. -- Nuveen Prem Income Mun Fund 2 Inc | B | Dividend | | | Sold | 06/28/13 | K | A | |
| 215. -- Loomis Sayles Strategic Income Fund Class A | B | Dividend | K | T | Buy (add'l) | 12/17/13 | J | | |
| 216. -- Lord Abbett Floating Rate Fund A | B | Dividend | L | T | Buy | 02/14/13 | K | | |
| 217. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 218. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 219. -- Mainstay High Yield Opportunity Class A | B | Dividend | K | T | Buy (add'l) | 08/01/13 | J | | |
| 220. -- Pimco Total Return Fund Class A | B | Dividend | K | T | Buy | 02/14/13 | K | | |
| 221. | | | | | Buy (add'l) | 12/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -- Virtus Multi-Sector Short Term Bond Fund Class A | B | Dividend | K | T | Buy | 02/14/13 | K | | |
| 223. -- Gateway Fund Class A | A | Dividend | K | T | | | | | |
| 224. -- Mainstay Marketfield Fund Class I | A | Dividend | L | T | Buy | 02/12/13 | K | | |
| 225. -- Neuberger Berman Long Short Fund Class A | A | Dividend | L | T | Buy | 02/14/13 | K | | |
| 226. | | | | | Buy | 12/23/13 | J | | |
| 227. -- First Eagle Gold Fund Class A | | None | | | Sold | 11/21/13 | J | | |
| 228. -- First Eagle Global Fund Class A | C | Dividend | L | T | Buy (add'l) | 12/18/13 | J | | |
| 229. -- Vanguard Bd Index Fd Inc Short Term Bond | A | Dividend | | | Buy | 02/14/13 | L | | |
| 230. | | | | | Sold (part) | 05/28/13 | K | | |
| 231. | | | | | Sold | 08/30/13 | K | | |
| 232. -- DWS Floating Rate Fund Class A | B | Dividend | L | T | Buy | 02/14/13 | K | | |
| 233. -- Pimco All Assets All Auth-A | B | Dividend | | | Buy | 02/14/13 | L | | |
| 234. | | | | | Buy (add'l) | 03/22/13 | J | | |
| 235. | | | | | Buy (add'l) | 06/21/13 | J | | |
| 236. | | | | | Sold (part) | 08/30/13 | K | | |
| 237. | | | | | Sold | 09/06/13 | L | | |
| 238. -- Lord Abbett Short Duration Income Fund Class A | A | Dividend | | | Buy | 02/14/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 05/28/13 | K | | |
| 240. | | | | | Sold | 08/01/13 | K | | |
| 241. JO/FAMILY #3 UBS ACCT (...77) | A | Int./Div. | K | T | Open | 01/17/13 | K | | |
| 242. -- UBS Bank USA Dep Acct | A | Interest | J | T | Open | 01/18/13 | K | | |
| 243. -- Amer Funds Capital World Growth & Income Fund Cl A | A | Dividend | K | T | Buy | 02/08/13 | K | | |
| 244. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 245. JO/FAMILY #4 UBS ACCT (...79) | A | Int./Div. | K | T | Open | 01/17/13 | K | | |
| 246. -- UBS Bank USA Dep Acct | A | Interest | J | T | Open | 01/18/13 | K | | |
| 247. -- Amer Funds Capital World Growth & Income Fund Cl A | A | Dividend | K | T | Buy | 02/08/13 | K | | |
| 248. | | | | | Buy (add'l) | 06/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, generally: For all asset sales resulting in a loss or no net gain, I have left Column D(4) blank. Also, I no longer report "-- Cash" as a separate asset line within individual UBS accounts (as I did in some prior reports), as such information merely duplicates information provided in the line providing the overall value of the account itself. For similar reasons, and to simplify this report, I no longer report on separate lines the movement of money between UBS accounts in connection with transactions reported in the lines for specific assets.

Part VII, line 4: The valuation of my share of the ▮▮▮▮▮ Family Real Estate Trust is based on an appraisal of the value of the property held in trust as of January 23, 2008 (the date I inherited my share). The appraisal was reported on November 12, 2008.

Part VII, lines 10-11: I neglected to include in my 2012 Annual Report the fact that there was a sub-advisor change on my NY 529 account from Columbia to JPMorgan, as a result, starting in May 2012, the asset previously listed as "Columbia Growth NY 529 Portfolio Class A" should have been listed as "JPMorgan 529 Moderate Growth Portfolio." Please deem my 2012 Annual report amended accordingly.

Part VII, line 17: The asset previously described as "Ishares Trust S&P Smallcap 600" now appears on my monthly brokerage account statements as "Ishares Trust Core S&P Smallcap." I have adopted the name change here to avoid future reporting problems.

Part VII, lines 58-62: The the account listed as JO UBS ACCT (...34) was closed after its assets were transferred to other UBS accounts in February and March. The proceeds of the sale of the RMA NY Money Fund on 2/4/13 (line 59) were transferred to another account (see line 141).

Part VII, lines 201-202: The Artio fund was acquired by Aberdeen in 2013, and the change first appeared on my brokerage statement in May 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James Orenstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544